UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-23223-CIV-JLK

SHALOM KATZ and all others similarly situated under 29 U.S.C. 216(b),

        Plaintiffs,

vs.

WORLD LIQUIDATORS, INC.,
MEIR PERETZ,

        Defendants.

## PLAINTIFF'S STATEMENT OF CLAIM

Now comes the Plaintiff, by and through the undersigned, and files the above-described

Statement of Claim as follows:

**Federal Half-Time Overtime Wage Claim (8/25/14-7/6/17):**
Weeks: 149
Overtime hours: 3.5
Amount of half-time overtime per hour not compensated: $3.63 (based on Fed. MW)
Total overtime wages unpaid and liquidated damages: $1,893.05 X 2 = $3,786.10, *exclusive of* **attorneys' fees and costs**

**Federal Minimum Wage Claim (8/25/14-7/6/17):**
Amount of minimum wage per hour not compensated: $5.08 (based on Fed. MW)
Weeks: 149
Hours per week: 43.5
Total wages unpaid and liquidated damages: $32,926.02 X 2 = $65,852.04, *exclusive of* **attorneys' fees and costs**


**Total OT/MW and liquidated damages: $34,819.07 X 2 = $69,638.14,** *exclusive of* **attorneys' fees and costs**


*Plaintiff seeks all fees and costs under the FLSA. The above calculations do not account for fees and costs under the FLSA sought by Plaintiff.
** Plaintiff reserves the right to seek *additional* time and one-half damages for any other completely unpaid overtime hours should the facts adduced in discovery justify same.

\*\*\* Plaintiff reserves the right to seek minimum wage damages under the Florida Constitution. Plaintiff reserves his right to the extent Plaintiff's claim for Florida Minimum Wage overlaps Plaintiff's claim for Federal Minimum Wage payments to seek the higher of the two applicable rates.

\*\*\*\* Counts III-IV of Plaintiff's Complaint include claims for Unpaid Wages under F.S. § 448.08 as an alternative to Count II and Unjust Enrichment against Defendants, jointly and severally. Plaintiff seeks all damages in Counts III-IV including attorney's fees, costs, as well as all other damages recoverable by law under same.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
　　Rivkah F. Jaff, Esquire
　　Florida Bar No.: 107511

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 9/12/17 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:_____/s/ Rivkah F. Jaff_____**
　　**RIVKAH F. JAFF, ESQ.**