UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  1:17-cv-23223-JLK

SHALOM KATZ and all others similarly
situated under 29 U.S.C. 216(b),

    Plaintiffs,

vs.

WORLD LIQUIDATORS, INC.,
MEIR PERETZ,

    Defendants.
_____/

## **DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM**

Defendants WORLD LIQUIDATORS, INC., and MEIR PERETZ ("PERETZ" or "Defendants"),  by and through their undersigned counsel, hereby serve and file their response to Plaintiff's Statement of Claim.  Defendants deny Plaintiff's allegations that he was not properly compensated under the Fair Labor Standards Act, ("FLSA") or failed to be paid minimum wage under federal, state or local laws.   Plaintiff was properly paid for his work performed in the form of wages and commissions.

Defendants deny the calculations of alleged overtime compensation and minimum wage provided by Plaintiff in the Statement of Claim.   Defendants further deny that any alleged non-payment of overtime or minimum wage was willful justifying any award of liquidated damages or other penalties sought by Plaintiff.

Relevant documents supporting Defendants' position and defenses will be provided as soon as available. Defendants reserve the right to amend, supplement and/or correct this response as the litigation progresses.

Respectfully submitted, this 11th day of October, 2017.

    s/Thomas H. Loffredo
    Thomas H. Loffredo, Esq.
    Florida Bar No. 870323
    tom.loffredo@gray-robinson.com
    **GRAYROBINSON, P.A.**
    401 East Las Olas Boulevard
    Suite 1000
    Fort Lauderdale, Florida 33301
    Telephone:    954-761-8111
    Facsimile:    954-761-8112
    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 11, 2017, the foregoing document was filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Thomas H. Loffredo

## SERVICE LIST

J.H. Zidell, Esq.
E-Mail:  zabogado@aol.com
**J.H. ZIDELL, P.A.**
300 71st Street
Suite 605
Miami Beach, Florida  33141
Telephone:	305-865-6766
Facsimile:	305-865-7167
*Attorney for Plaintiff*

Thomas H. Loffredo, Esq.
E-Mail:  tom.loffredo@gray-robinson.com
**GRAYROBINSON, P.A.**
401 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, Florida  33301
Telephone:	954-761-8111
Facsimile:	954-761-8112
*Attorneys for Defendants*