UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:17-cv-23223-DPG

SHALOM KATZ and all others similarly
situated under 29 U.S.C. 216(b),

    Plaintiffs,

vs.

WORLD LIQUIDATORS, INC.,
MEIR PERETZ,

    Defendants.
_____/

## JOINT SCHEDULING REPORT

Plaintiff, SHALOM KATZ, and Defendants, WORLD LIQUIDATORS, INC. and MEIR PERETZ, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 26(f), S.D.Fla. L.R. 16.1(B), and the Court's Order hereby file this Joint Scheduling Report and the attached Joint Proposed Scheduling Order. The undersigned certify that they conferred on November 20, 2017 in accordance with Local Rule 16.1.

## SCHEDULING REPORT

**A.**    **Likelihood of Settlement**

The parties will explore, in good faith, the possibilities of settlement, and will continue to explore, in good faith, the possibilities of settlement as contemplated by S.D. Fla. L.R. 16.1(B)(5), as this case progresses further.

**B.**    **Likelihood of Appearance in Action of Additional Parties**

The Parties do not anticipate adding any additional parties. Plaintiff intends to fully utilize the FLSA opt-in process and will seek leave to amend or certify if applicable.

**C.** **Proposed Limits on Time (i) to Join Other Parties and Amend Pleadings; (ii) to File and Hear Motions; and (iii) to Complete Discovery**

The Parties propose the following deadlines:

**(i)** **Joinder of Parties and Amend Pleadings**:   February 1, 2018.

**(iv)** **Deadline to complete Discovery:  August 1, 2018.**

**(v)** **Deadline to file Dispositive Motions:  September 1, 2018.**

**(vii)** **Deadline to complete all expert Discovery:  August 1, 2018.**

**(viii)** **Deadline to file Pretrial Motions: November 1, 2018.**

**D.** **Proposal for Formulation and Simplification of Issues**

The parties agree to continue discussing the formulation and simplification of issues.  The parties are unable to further simplify the issues at this time.  The parties are hopeful that after discovery and further investigation, they will be able to further simplify the issues prior to the pre-trial conference, if any, or the trial of this matter.

**E.** **Necessity or Desirability of Amendments to the Pleadings**

None at this time. Plaintiff intends to fully utilize the FLSA opt-in process and will seek leave to amend or certify if applicable. Plaintiff demands a trial by jury.

**F.** **The Possibility of Obtaining Admissions of Fact and of Documents, Electronically Stored Information or Things Which Will Avoid Unnecessary Proof, Stipulations Regarding Authenticity of Documents, Electronically Store Information or Things and the Need for Advance Rulings from Court on Admissibility of Evidence**

The Parties agree to endeavor in good faith efforts to enter into stipulations regarding the authenticity of documents and other evidentiary matters, if possible.  Further, as discovery progresses, the Parties will attempt to minimize the need for advance rulings by the Court and unnecessary proof by admitting facts that are not disputed.  In the event the Parties discover that

there is relevant ESI, they will discuss the most appropriate form in which to produce that information. At this time, there is no need for any advance rulings with respect to admissibility of evidence

**G.   Suggestions for Avoidance of Unnecessary Proof and Cumulative Evidence**

None at this time, although the Parties will continue to discuss suggestions for avoiding unnecessary proof and cumulative evidence throughout the litigation.

**H.   Suggestions on the Advisability of Referring Matters to a Magistrate Judge or Master**

The Parties do not agree to consent to the Magistrate at this time.

**I.   Preliminary Estimate of Time Required for Trial**

The Parties estimate that the jury trial of this matter will take approximately three (3) days.

**J.   Requested Dates For Conferences Before Trial, Final Pretrial Conference, And Trial**

The parties request that the case be set for trial on October 1, 2018. The parties request a Final Pretrial Conference on or about September 1, 2018.

**K.   Other Information Helpful to the Court**

Counsel for the Plaintiff are Jewish and observe the High Holy Days. Plaintiff's Counsel's firm, is closed in observance of Jewish holidays on 3/31/18, 4/1/18, 4/6/18, 4/7/18, 5/20/18, and 5/21/18.


Date: November 20, 2017

| By: /s/Neil Tobak, Esq.<br><br>J.H. Zidell, Esq.<br>**J.H. ZIDELL, P.A.**<br>300 71st Street | By:/s/Thomas H. Loffredo<br><br>Thomas H. Loffredo, Esq.<br>**GRAYROBINSON, P.A.**<br>401 East Las Olas Boulevard |
|---|---|


| | |
|---|---|
| Suite 605<br>Miami Beach, Florida  33141<br>E-Mail:        zabogado@aol.com<br>Telephone:     305-865-6766<br>Facsimile:     305-865-7167<br>*Attorney for Plaintiff* | Suite 1000<br>Fort Lauderdale, Florida  33301<br>E-Mail:   tom.loffredo@gray-robinson.com<br>Telephone:    954-761-8111<br>Facsimile:    954-761-8112<br>*Attorneys for Defendants* |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:17-cv-23223-DPG

SHALOM KATZ and all others similarly
situated under 29 U.S.C. 216(b),

    Plaintiffs,

vs.

WORLD LIQUIDATORS, INC.,
MEIR PERETZ,

    Defendants.
_____/

**PROPOSED SCHEDULING ORDER SETTING**
**CIVIL TRIAL DATE AND PRETRIAL SCHEDULE**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on. January 9, 2019.  The **Calendar Call** will be held at **9:30 a.m. on Wednesday,**. December 12, 2018.  A **Status Conference** will be held at **9:30 a.m. on Wednesday,**. May 23, 2018  The parties shall adhere to the following schedule[1]:

| | | |
|---|---|---|
| 1. | Joinder of any additional parties and filing to amend the complaint by | **2/1/2018** |
| 2. | Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **3/1/2018** |
| 3. | Plaintiff shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **3/16/2018** |

---

[1]Counsel for the Plaintiffs and Defendants are Jewish and observe the High Holy Days.  Plaintiffs' counsel's firm, is closed in observance of s other Jewish festivals holidays on 3/31/18, 4/1/18, 4/6/18, 4/7/18, 5/20/18, and 5/21/18, and 9/9/18 through 10/2/18.

| | |
|---|---|
| 4. Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **4/30/2018** |
| 5. Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **5/30/2018** |
| 6. Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | **3/1/2018** |
| 7. Fact discovery shall be completed by | **8/1/2018** |
| 8. Expert discovery shall be completed by | **8/1/2018** |
| 9. Dispositive motions, including those regarding summary judgment and *Daubert*, shall be filed by | **9/1/18** |
| 10. Mediation shall be completed by | **5/1/18** |
| 11. All pretrial motions and memoranda of law, including motions in limine, shall be filed by | **11/1/18** |
| 12. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by | **12/21/18** |
| 13. Electronic versions of documentary exhibits and Certificates of Compliance re Admitted Evidence shall be filed on CM/ECF by | **12/28/18** |

DATED:  The 20th day of November 2017.

| | |
|---|---|
| By: /s/Neil Tobak, Esq.<br><br>J.H. Zidell, Esq.<br>**J.H. ZIDELL, P.A.**<br>300 71st Street | By:/s/Thomas H. Loffredo<br><br>Thomas H. Loffredo, Esq.<br>**GRAYROBINSON, P.A.**<br>401 East Las Olas Boulevard |

| Suite 605<br>Miami Beach, Florida  33141<br>E-Mail:  zabogado@aol.com<br>Telephone:  305-865-6766<br>Facsimile:  305-865-7167<br>*Attorney for Plaintiff* | Suite 1000<br>Fort Lauderdale, Florida  33301<br>E-Mail:  tom.loffredo@gray-robinson.com<br>Telephone:  954-761-8111<br>Facsimile:  954-761-8112<br>*Attorneys for Defendants* |
|---|---|