UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  1:17-cv-23223-DPG

SHALOM KATZ and all others similarly
situated under 29 U.S.C. 216(b),

    Plaintiffs,

vs.

WORLD LIQUIDATORS, INC.,
MEIR PERETZ,

    Defendants.
_____/

## ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS

In accordance with the provisions of 28 U.S.C. § 363(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

| | | | |
|---|---|---|---|
| 1. | Motions to Dismiss | Yes _____ | No __X__ |
| 2. | Motions for Summary Judgment | Yes _____ | No __X__ |
| 3. | All Pre-Trial Motions | Yes ___ | No __X__ |
| 4. | Other:  (explain below) | Yes ___ | No __X__ |

Dated: November 20, 2017.

Respectfully submitted,

By: */s/ Neil Tobak, Esq.* _____
    Neil Tobak, Esq.
    Fla. Bar No. 093940
    ntobak.zidellpa@gmail.com
    J.H. ZIDELL, P.A.
    300 71st Street, Suite 605
    Miami Beach, FL 33141
    Telephone: (305) 865-6766

By: *By:/s/Thomas H. Loffredo*

Thomas H. Loffredo, Esq.
**GRAYROBINSON, P.A.**
401 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, Florida  33301
E-Mail:  tom.loffredo@gray-robinson.com

42379328;2

| | |
|---|---|
| Facsimile: (305) 865-7167 | Telephone: 954-761-8111 |
| *Attorney for Plaintiff* | Facsimile: 954-761-8112 |
| | *Attorneys for Defendants* |

- 2 -

42379328;2