UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-23223-CIV-DPG

SHALOM KATZ and all others similarly )
situated under 29 U.S.C. 216(b), )
                )
     Plaintiffs, )
 vs. )
                )
WORLD LIQUIDATORS, INC., )
MEIR PERETZ, )
                )
     Defendants. )
_____ )

**PLAINTIFF'S UPDATED STATEMENT OF CLAIM PER PLAINTFF'S FIRST AMENDED COMPLAINT [DE17]**

  Now comes the Plaintiff, by and through the undersigned, and files the above-described

Statement of Claim as follows:

**Half-Time Overtime Wage Claim (8/25/14-7/6/17):**
Period Claimed: 8/25/14-12/31/14
Weeks: 18
Overtime Hours: 3.5 hours
State Minimum wage: $7.93/hr.
Amount of half-time overtime per hour not compensated: $3.97
Total overtime wages unpaid and liquidated damages: $250.11 X 2 = $500.22

Period Claimed: 1/1/15-12/31/16
Weeks: 104
Overtime Hours: 3.5 hours
State Minimum wage: $8.05/hr.
Amount of half-time overtime per hour not compensated: $4.03
Total overtime wages unpaid and liquidated damages: $1,466.92 X 2 = $2,933.84

Period Claimed: 1/1/17-8/25/17
Weeks: 33 (rounded down)
Overtime Hours: 3.5 hours
State Minimum wage: $8.10/hr.
Amount of half-time overtime per hour not compensated: $4.05
Total overtime wages unpaid and liquidated damages: $467.78 X 2 = $935.56

**Total overtime wages unpaid and liquidated damages: $2,184.81 X 2 = $4,369.62,** *exclusive of* **attorneys' fees and costs**


**Florida Minimum Wage Claim (8/25/14-7/6/17):**
Period Claimed: 8/25/12-12/31/12
Weeks: 18 weeks
Hours (worked per week:) 43.5 hours
State Minimum wage: $7.67/hr.
Wage paid: $2.17/hr
Wage owed: $5.50/hr
Amount owed: $5.50/hr X 18 weeks X 43.5 hours = $ 4,306.50

Period Claimed: 1/1/13-12/31/13
Weeks: 52
Hours (worked per week:) 43.5 hours
State Minimum wage: $7.79/hr.
Wage paid: $2.17/hr
Wage owed: $5.62/hr
Amount owed: $5.62/hr X 52 weeks X 43.5 hours = $ 12,712.44

Period Claimed: 1/1/14-12/31/14
Weeks: 52
Hours (worked per week:) 43.5 hours
State Minimum wage: $7.93/hr.
Wage paid: $2.17/hr
Wage owed: $5.76/hr
Amount owed: $5.76/hr X 52 weeks X 43.5 hours = $ 12,039.12

Period Claimed: 1/1/15-12/31/16
Weeks: 104
Hours (worked per week:) 43.5 hours
State Minimum wage: $8.05/hr.
Wage paid: $2.17/hr
Wage owed: $5.88/hr
Amount owed: $5.88/hr X 104 weeks X 43.5 hours = $ 26,601.12

Period Claimed: 1/1/17-8/25/17
Weeks: 33 (rounded down)
Hours (worked per week:) 43.5 hours
State Minimum wage: $8.10/hr.
Wage paid: $2.17/hr
Wage owed: $5.93/hr
Amount owed: $5.93/hr X 33 weeks X 43.5 hours = $ 8,512.52

**Total FL MW unpaid and liquidated damages: $64,171.70 X 2 = $128,343.40,** *exclusive of* **attorneys' fees and costs**

**Total OT/MW and liquidated damages: $66,356.51 X 2 = $132,713.02,** *exclusive of* **attorneys' fees and costs**

*Plaintiff seeks all fees and costs under the FLSA. The above calculations do not account for fees and costs under the FLSA sought by Plaintiff.
\*\* Plaintiff reserves the right to seek *additional* time and one-half damages for any other completely unpaid overtime hours should the facts adduced in discovery justify same.
\*\*\* Plaintiff reserves the right to seek minimum wage damages under the Florida Constitution. Plaintiff reserves his right to the extent Plaintiff's claim for Florida Minimum Wage overlaps Plaintiff's claim for Federal Minimum Wage payments to seek the higher of the two applicable rates.
\*\*\*\* Counts III-IV of Plaintiff's Complaint include claims for Unpaid Wages under F.S. § 448.08 as an alternative to Count II and Unjust Enrichment against Defendants, jointly and severally. Plaintiff seeks all damages in Counts III-IV including attorney's fees, costs, as well as all other damages recoverable by law under same.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
     Rivkah F. Jaff, Esquire
     Florida Bar No.: 107511

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT
COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 1/10/18 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:_____/s/ Rivkah F. Jaff_____
     RIVKAH F. JAFF, ESQ.**