UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CIV-23223-GAYLES/OTAZO-REYES

SHALOM KATZ, and all others similarly
situated under 29 U.S.C. 216 (b),

    Plaintiff,
v.

WORLD LIQUIDATORS, INC.,
MEIR PERETZ,

    Defendants.
_____/

## MEDIATOR'S REPORT

Neil Flaxman, Esq., the undersigned certified Mediator reports to this Honorable Court as follows:

The Mediation was held on the 11th day of January, 2018 at 10:00 a.m. No agreement was reached; IMPASSE.

Dated this 12th day of January, 2018

    Respectfully Submitted,

**Neil Flaxman, Esq.**
Florida Supreme Court Certified Circuit &
Appellate Mediator
Certified District Court Mediator (S.D. Fla.)
Brickell City Tower, Suite 3100
80 Southwest 8th Street
Miami, Florida 33130
Tel: 305-810-2786- Fax: 305-810-2824
E-mail: flaxy@bellsouth.net

By:   *s/ Neil laxman*
       Neil Flaxman, Esq.
       Fla. Bar No. 025299