UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:17-cv-23223-DPG

SHALOM KATZ and all others similarly
situated under 29 U.S.C. 216(b),

    Plaintiffs,

vs.

WORLD LIQUIDATORS, INC.,
MEIR PERETZ,

    Defendants.
_____/

## NOTICE OF DISCOVERY HEARING BEFORE THE HONORABLE MAGISTRATE JUDGE

PLEASE TAKE NOTICE that the undersigned attorney for the Plaintiff will call to be heard on the Court's discovery calendar before the HONORABLE MAGISTRATE JUDGE ALICIA M. OTAZO-REYES, at the c. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, 10th Floor, Miami, FL 33128, on February 9, 2018, at 9:30 a.m.

Plaintiff is requesting the Court address issues with respect to Defendants' objections and responses to Plaintiff's initial set of discovery, directed towards each Defendant.

    I.    Defendants' Responses to Plaintiff's First Set of Interrogatories:

        a) Interrogatory No. 1: Defendants have failed to provide a complete answer to the Interrogatory, specifically, the person responding's name, address, phone number[1].

---

[1] Defense Counsel has agreed to amend this response, however as of the date of this filing, has not amended same.

    b) Interrogatory No. 10: Defendants have failed to provide a complete answer to the Interrogatory, specifically, Defendants testified differently in their deposition.

II. <u>Defendants' Responses to Plaintiff's First Request for Production:</u>

    a) Request No. 2, 3, 4, 5, 6, 7, 8, 9, 15, 58, 59, 65, 93: Defendants have failed to provide a complete answer and/or documents in response to the above mentioned requests. Responsive Documents would show how and when Plaintiff was paid, and would show Plaintiff's pay, as well as when Plaintiff started/stopped working for Defendants, Further tax documents and all underlying documents may be used for impeachment purposes. See, e.g., Rindfleisch v. Gentiva Health Servs., Inc., 2015 WL 12552052, at *2 (N.D. Ga. Feb. 10, 2015)

    b) Request No. 10, 11, 12, 16, 22, 24, 25, 29, 37, 38, 40, 41, 42, 45, 46, 47, 52, 57: Defendants note in their response that copies <u>will be produced</u>. As of the date of this filing, copies have not been produced, nor a date by which they will be produced.

Plaintiff will provide the Court with the source documents as via email.

## **CERTIFICATE OF CONFERRAL**

The undersigned conferred with Defense Counsel, Thomas Holland Loffredo, Esq., and the Parties have communicated through multiple emails and are currently unable to resolve the discovery disputes. The parties are continuing to discuss the resolution of the discovery disputes and will keep the Court apprised of any resolution.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Neil Tobak, Esq. ___
    Neil Tobak, Esquire
    Florida Bar No.: 93940

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 2/2/2018 TO:**

**Thomas Holland Loffredo
Gray Robinson
401 E. Las Olas Blvd., Ste. 1000
P.O. Box 2328 (33303-9998)
Fort Lauderdale, FL 33301
954-761-8111
Fax: 954-761-8112
Email: tom.loffredo@gray-robinson.com**

**BY:__/s/___Neil Tobak_____
NEIL TOBAK, ESQ.**