UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:17-cv-23223-DPG

SHALOM KATZ and all others similarly
situated under 29 U.S.C. 216(b),

    Plaintiffs,

vs.

WORLD LIQUIDATORS, INC.,
MEIR PERETZ,

    Defendants.
_____/

## DEFENDANTS' PRELIMINARY WITNESS LIST

Pursuant to Court's Trial Order, Defendants hereby serve their preliminary witness list:

1. Plaintiff, Shalom Katz
   C/O Counsel, J.H. Zidell, P.A.;

2. Corporate representative for Defendant, World Liquidators, Inc.
   C/O GrayRobinson, P.A.;

3. Defendant, Meir Peretz
   C/O GrayRobinson, P.A.;

4. Joann Roppatte, World Liquidators, C/O GrayRobinson, P.A.;

5. Oswaldo Rodriguez, World Liquidators, C/O GrayRobinson, P.A.;

6. Wilma Rodriguez, World Liquidators, C/O GrayRobinson, P.A.;

7. Robert Winkoff, World Liquidators, C/O GrayRobinson, P.A.;

8. John Popov, World Liquidators, C/O GrayRobinson, P.A.;

9. Jay Foster, World Liquidators, C/O GrayRobinson, P.A.;

10. Xosi Weinbaum, Paychex, 3100 SW 145th Avenue, Suite 400, Miramar, FL, 33027, (954) 443-0443, ext. 521211;

11. All witnesses deposed in this action;

12. All witnesses identified or listed by Plaintiffs;

13. Rebuttal and impeachment witnesses.

Defendants reserve the right to amend this witness list any time before trial.

Dated: March 1, 2018.

s/Thomas H. Loffredo
Thomas H. Loffredo, Esq.
Florida Bar No. 870323
tom.loffredo@gray-robinson.com
**GRAYROBINSON, P.A.**
401 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, Florida 33301
Telephone:    954-761-8111
Facsimile:    954-761-8112
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 1, 2018, the foregoing document was filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Thomas H. Loffredo

\823729\1 - # 5009684 v1

## SERVICE LIST

J.H. Zidell, Esq.
Rivkah F. Jaffe, Esq.
**J.H. ZIDELL, PA**
300 71st Street
Suite 605
Miami Beach, Florida  33141
Telephone:     305-865-6766
Facsimile:      305-865-7167
E-Mail:   zabogado@aol.com
              rivkah.jaff@gmail.com
*Attorneys for Plaintiff*

Thomas H. Loffredo, Esq.
**GRAY ROBINSON, P.A.**
401 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, Florida  33301
Telephone:     954-761-8111
Facsimile:     954-761-8112
E-Mail:         tom.loffredo@gray-robinson.com
*Attorneys for Defendants*