UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:17-cv-23223-DPG

SHALOM KATZ and all others similarly situated under 29 U.S.C. 216(b),

Plaintiffs,

vs.

WORLD LIQUIDATORS, INC.,
MEIR PERETZ,

Defendants.
_________________________________/

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT DATED 8/15/18**

Pursuant to Rule 6(b)(1), Federal Rules of Civil Procedure, Defendants WORLD LIQUIDATORS, INC., and MEIR PERETZ ("PERETZ" or "Defendants"), by and through their undersigned counsel, hereby moves this Honorable Court for an enlargement of time to respond to Plaintiff's Motion for Summary Judgment up to and including September 14, 2018 for the reasons set forth herein:

1. Plaintiff filed his Motion for Summary Judgment on August 15, 2018. The current deadline for Defendants to respond to Plaintiff's Motion is Wednesday, August 29, 2018.

2. In addition to other pre-existing litigation deadlines and commitments in other matters, several other reasons necessitate Defendants requesting an extension of time to respond to the Motion. Lead counsel for Defendants was out of office from Thursday, August 23 through Monday, August 27, 2018 attending his firm's annual meeting. Moreover, lead counsel also has pre-planned out-of-state travel commitments for Tuesday, August, 28, 2018 through August 30, 2018.

3. In addition, in order to properly respond to the Motion, several deposition transcripts had to be ordered which will be received during the week of September 4, 2018, after the current response deadline.

4. Counsel for Defendants discussed this requested deadline extension with Plaintiff's counsel and provided all of the foregoing grounds for the requested extension of time. The response from Plaintiff's counsel was "[w]e oppose."

5. This Motion is filed in good faith and not for any purpose of undue delay. Indeed, Defendants have cooperated fully with Plaintiff and his counsel in resolving unnecessary discovery disputes, withdrawing claims/defenses when appropriate, as well as stipulating to certain substantive matters to simplify the remaining issues in this case.

6. If granted, the requested extension will not prejudice the Plaintiff. Trial in this case is not until early January, 2019. To the contrary, if this Motion is denied, Defendants will be greatly prejudiced in their ability to properly respond to Plaintiff's Motion for Summary Judgment.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 3.01(g), the undersigned counsel for Defendants certifies that he conferred with Plaintiff's counsel in a good faith effort to resolve the issues herein. Plaintiff's counsel has advised that they oppose this Motion.

**WHEREFORE**, Defendants World Liquidators, Inc., and Meir Peretz, by and through their undersigned attorneys, hereby moves this this Honorable Court to extend Defendants' response deadline up through and including Friday, September 14, 2018 to respond to Plaintiff's Motion for Summary Judgment.

Dated this 28th day of August, 2018.

Respectfully submitted,

**GRAY|ROBINSON, P.A.**
*Counsel for Defendants*
401 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, Florida 33301
Phone: 954-761-8111
Facsimile: 954-761-8112

By: */s/Thomas H. Loffredo*
**Thomas H. Loffredo, Esq.**
Florida Bar No. 870323
tom.loffredo@gray-robinson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 28, 2018 the foregoing document was filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Thomas H. Loffredo

**SERVICE LIST**

J.H. Zidell, Esq.
Rivkah F. Jaffe, Esq.
E-Mail: zabogado@aol.com
rivkah.jaff@gmail.com
**J.H. ZIDELL, P.A.**
300 71st Street
Suite 605
Miami Beach, Florida 33141
Telephone: 305-865-6766
Facsimile: 305-865-7167
*Attorney for Plaintiff*

Thomas H. Loffredo, Esq.
E-Mail: tom.loffredo@gray-robinson.com
**GRAYROBINSON, P.A.**
401 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, Florida 33301
Telephone: 954-761-8111
Facsimile: 954-761-8112
*Attorneys for Defendants*