UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:17-cv-23223-DPG

SHALOM KATZ and all others similarly
situated under 29 U.S.C. 216(b),

    Plaintiffs,

vs.

WORLD LIQUIDATORS, INC.,
MEIR PERETZ,

    Defendants.
_____/

## DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S OMNIBUS MOTION *IN LIMINE*

Pursuant to Federal Rules of Civil Procedure, Defendants WORLD LIQUIDATORS, INC., and MEIR PERETZ ("PERETZ" or "Defendants"), by and through their undersigned counsel, hereby moves this Honorable Court for an enlargement of time to respond to Plaintiff's Omnibus Motion *In Limine*, and as grounds would state as follows:

1. The current deadline for Defendants to respond to Plaintiff's Omnibus Motion *In Limine* was Wednesday, November 14, 2018. Counsel for Defendants apparently had the deadline calendared incorrectly for today, Thursday, November 15, 2018.

2. Due to a number of pre-existing litigation conflicts since the filing of the Omnibus Motion, as well as travel for a firm meeting in Orlando, undersigned counsel requires a brief extension of time to respond to the Omnibus Motion, up to and including Wednesday, November 21, 2018. In addition to these conflicts, the associate on this case is currently on maternity leave, thus undersigned counsel is without the benefit of her assistance.

3. Counsel for Defendants discussed this requested deadline extension with Plaintiff's counsel and provided all of the foregoing grounds for the requested extension of time. Plaintiff's counsel has advised that she does not oppose a one-week extension *nunc pro tunc*.

4. This Motion is filed in good faith and not for any purpose of undue delay. If granted, the requested extension will not prejudice the Plaintiffs, or otherwise delay these proceedings. Defendants did not object to three of the five issues raised in Plaintiff's Omnibus Motion.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 3.01(g), the undersigned counsel for Defendants certifies that he conferred with Plaintiff's counsel in a good faith effort to resolve the issues herein. Plaintiff's counsel has advised the undersigned that she does not oppose a one-week extension *nunc pro tunc*.

**WHEREFORE**, Defendants World Liquidators, Inc., and Meir Peretz, by and through their undersigned attorneys, hereby moves this this Honorable Court to extend Defendants' response deadline up through and including Wednesday, November 21, 2018 to respond to Plaintiff's Omnibus Motion In *Limine*.

Dated this 15th day of November, 2018.

Respectfully submitted,

**GRAY|ROBINSON, P.A.**
*Counsel for Defendants*
401 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, Florida 33301
Phone:         954-761-8111
Facsimile:    954-761-8112

By:    */s/Thomas H. Loffredo*
         **Thomas H. Loffredo, Esq.**
         Florida Bar No. 870323
         tom.loffredo@gray-robinson.com

\823729\1 - # 5289546 v1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 15, 2018 the foregoing document was filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Thomas H. Loffredo

## SERVICE LIST

J.H. Zidell, Esq.
Rivkah F. Jaffe, Esq.
E-Mail:   zabogado@aol.com
             rivkah.jaff@gmail.com
**J.H. ZIDELL, P.A.**
300 71st Street
Suite 605
Miami Beach, Florida  33141
Telephone:     305-865-6766
Facsimile:      305-865-7167
*Attorney for Plaintiff*

Thomas H. Loffredo, Esq.
E-Mail:   tom.loffredo@gray-robinson.com
**GRAYROBINSON, P.A.**
401 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, Florida  33301
Telephone:     954-761-8111
Facsimile:      954-761-8112
*Attorneys for Defendants*