UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-23223-CIV-DPG

| | |
|---|---|
| SHALOM KATZ and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) |
| Plaintiffs, | ) |
| vs. | ) ) |
| WORLD LIQUIDATORS, INC., MEIR PERETZ, | ) ) ) |
| Defendants. _____ | ) ) ) |

**JOINT MOTION TO ENLARGE TIME FOR THE PARTIES TO FILE ALL PRE-TRIAL DOCUMENTS**

Pursuant to Federal Rules of Civil Procedure Rule 6(b) and Local Rule 7.1, the Parties, by and through their respective undersigned counsel, request entry of an order granting the above-described motion ("Motion for Enlargement"), and as grounds there of state as follows:

1. Per the Court's Scheduling Order [DE27], the Parties Joint Pretrial Stipulation, including Witness and Exhibit Lists, Proposed Jury Instructions, Proposed Verdict Form(s) and/or finding of fact and conclusions of law, is due no later than December 7, 2018.  The Jury Trial is set for January 7, 2019. *Id.*

2. Depending on how the Court rules on Plaintiff's Motion for Summary Judgment [DE43], which is ripe for review, the issues for Trial could be significantly narrowed.

3. The Parties, therefore, seek a one week extension of time from the date the Court rules on the Plaintiff's pending Motion for Summary Judgment [DE43] or until December 28, 2018, whichever date comes first, to file all pretrial documents (i.e. pretrial stipulation,

witness/exhibit lists, jury instruction/verdict form(s)) in compliance with the Court's Scheduling Order [DE27].

4. The Parties do not file the above-styled Motion for purposes of delay but rather an enlargement of time to file all pre-trial documents will allow the Court an opportunity to possibly rule on the pending Motion for Summary Judgment [DE43] and narrow and clarify the issues for trial before proceeding to trial, thereby avoiding unnecessary accretion of fees.

5. Therefore, the Parties respectfully request an enlargement through one (1) week from the Court's Order regarding Plaintiff's Motion for Summary Judgment [DE43] or until December 28, 2018, whichever date comes first, to file all pretrial documents including a Joint Pretrial Stipulation, Exhibit/Witness Lists, and Jury Instructions/Verdict Form(s).

## **MEMORANDUM OF LAW**

The foregoing should constitute good cause shown to justify an extension under FRCP 6 and *Hetzel v. Bethlehem Steel Corp.*, 50 F.3d 360 (5th Cir. 1995). The Court has discretion to grant enlargements based on the circumstances. In the case at bar, trial is set to commence on January 7, 2019. [DE27]. An enlargement of time to file pretrial documents will allow the Court an opportunity to possibly rule on Plaintiff's pending Motion for Summary Judgment [DE43] and narrow and clarify the issues for trial.

WHEREFORE THE PARTIES RESPECTFULLY REQUEST AN ENLARGEMENT THROUGH ONE (1) WEEK FROM THE COURT'S ORDER REGARDING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [DE43] OR UNTIL DECEMBER 28, 2018, WHICHEVER DATE COMES FIRST, TO FILE ALL PRETRIAL DOCUMENTS

INCLUDING A JOINT PRETRIAL STIPULATION, EXHIBIT/WITNESS LISTS, AND JURY INSTRUCTIONS/VERDICT FORM(S).

Respectfully Submitted,

Dated this 26th day of November, 2018.

| | |
|---|---|
| **J.H. ZIDELL, P.A.** | **GRAY ROBINSON, P.A.** |
| *Counsel for Plaintiff* | *Counsel for Defendants* |
| 300 71st Street, Suite 605 | 401 East Las Olas Boulevard, Suite 1000 |
| Miami Beach, Florida 33141 | Fort Lauderdale, FL 33301 |
| Telephone: (305) 865-6766 | Telephone: (954) 761-8111 |
| Facsimile: (305) 865-7167 | Facsimile: (954) 761-8112 |
| | |
| By:/s/ Rivkah F. Jaff | BY: /s/ Thomas H. Loffredo, Esq. |
| **RIVKAH F. JAFF, ESQ.** | **THOMAS H. LOFFREDO, ESQ.** |
| Fla. Bar No. 107511 | Florida Bar No.: |
| Rivkah.Jaff@gmail.com | Tom.Loffredo@Gray-Robinson.com |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-23223-CIV-DPG

SHALOM KATZ and all others similarly )
situated under 29 U.S.C. 216(b), )
)
            Plaintiffs, )
vs. )
)
WORLD LIQUIDATORS, INC., )
MEIR PERETZ, )
)
           Defendants. )
_____ )

## ORDER GRANTING JOINT MOTION TO ENLARGE TIME FOR THE PARTIES TO FILE ALL PRE-TRIAL DOCUMENTS

This cause, having come before the Court on the above-described Joint Motion, and the Court being duly advised in the premises, it is ORDERED AND ADJUDGED that said Motion is granted and therefore:

THE PARTIES SHALL HAVE ONE (1) WEEK FROM THE COURT'S ORDER REGARDING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [DE43] or until DECEMBER 28, 2018, WHICHEVER DATE COMES FIRST, TO FILE ALL PRETRIAL DOCUMENTS INCLUDING A JOINT PRETRIAL STIPULATION, EXHIBIT/WITNESS LISTS, AND JURY INSTRUCTIONS/VERDICT FORM(S) IN ACCORDANCE WITH THE COURT'S SCHEDULING ORDER [DE27].

DONE AND ORDERED IN CHAMBERS IN MIAMI-DADE, FLORIDA, ON THIS _____ DAY OF _____, 2018.

_____
DARRIN P. GAYLES
UNITED STATED DISTRICT JUDGE

Copies to: Counsel of Record