UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:17-cv-23223-DPG

SHALOM KATZ and all others similarly
situated under 29 U.S.C. 216(b),

    Plaintiffs,

vs.

WORLD LIQUIDATORS, INC.,
MEIR PERETZ,

    Defendants.
_____/

## AGREED MOTION TO EXTEND PRE-TRIAL DEADLINES

Defendants, WORLD LIQUIDATORS, INC. and MEIR PERETZ (hereinafter referred to as "Defendants") by and through their undersigned counsel, and with the agreement of Plaintiff, hereby file their Agreed Motion to Extend Pre-trial Deadlines, and respectfully request this Court to extend the parties' required compliance with remaining pre-trial deadlines until Friday, January 4, 2019 for the reasons set forth herein.

1. This case for recovery of alleged unpaid overtime and minimum wages is set for trial during the Court's two-week trial period beginning January, 7, 2019. Calendar call is set for Wednesday, January 2, 2019 at 9:30 a.m.

2. The deadline for the parties to submit their pre-trial stipulation, witness and exhibit lists, proposed jury instructions and verdict forms is Friday, December 28, 2018. The parties and counsel have been preparing those documents in the past few weeks, and were planning on finalizing them in a timely manner this week.

3. After settlement efforts in this case recently failed, undersigned counsel for Defendants was advised that both the individual and the corporate defendants will be filing for

\823729\1 - # 5317973 v1

respective bankruptcy protection on either January 2, 2019 or January 3, 2019, prior to commencement of the January 7 trial period.  Once those bankruptcy petitions are filed, the automatic stay will come into effect, and the proceedings in this action would cease pending further order of the bankruptcy court.   (Neither undersigned counsel, nor his firm, is involved in the Defendants' bankruptcy filings).

4. Accordingly, because of the upcoming bankruptcy filings, Defendants, with the agreement of Plaintiff, respectfully request that the Court extend the deadline for the parties to complete the pre-trial filings until Friday, January 4, 2019,  which would be after the time Defendants will be filing for bankruptcy protection, and immediately prior to the commencement of the January 7, 2019 trial period.  With the bankruptcy filings imminent, time and resources spent now in preparing pre-trial documents when this action will shortly be stayed prior to commencement of trial would likely be wasted, and the parties and their counsel would unnecessarily incur additional  expense.

5. This Motion is filed in good faith and not for any purpose of undue delay.  It is done solely for the purpose of conserving the time and resources of the Court, the parties, and their respective counsel.

6. Counsel for Defendants has conferred with counsel for Plaintiff, and can represent that Plaintiff agrees with this Motion.

WHEREFORE, the Defendants, WORLD LIQUIDATORS, INC. and MEIR PERETZ, by and through their undersigned counsel, and with the agreement of Plaintiff, hereby respectfully request this Court to extend the parties' required compliance with remaining pre-trial deadlines until Friday, January 4, 2019.

Dated this 27th day of December, 2018.

        Respectfully submitted,

**GRAY|ROBINSON, P.A.**
*Counsel for Defendants*
401 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, Florida  33301
Telephone:     (954) 761-8111
Facsimile:     (954) 761-8112

By:     */s/Thomas H. Loffredo*
**Thomas H. Loffredo, Esq.**
Florida Bar No.  870323
tom.loffredo@gray-robinson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 27, 2018, the foregoing document was filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/Thomas H. Loffredo*

## SERVICE LIST

J.H. Zidell, Esq.
Rivkah F. Jaff, Esq.
**J.H. ZIDELL, PA**
300 71st Street
Suite 605
Miami Beach, Florida  33141
Telephone:   305-865-6766
Facsimile:   305-865-7167
E-Mail:  zabogado@aol.com
         rivkah.jaff@gmail.com
*Attorneys for Plaintiff*

Thomas H. Loffredo, Esq.
**GRAY ROBINSON, P.A.**
401 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, Florida  33301
Telephone:   954-761-8111
Facsimile:   954-761-8112
E-Mail:   tom.loffredo@gray-robinson.com
*Attorneys for Defendants*